ORIGINAL

**FILED**

04/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0065

L. CRAIG SEMENZA,

    Petitioner and Appellant,

    v.

HOLLISTER A. LARSON, et al., and HOLLY
JEAN LARSON, both individually and collectively
d/b/a FIRST & MAIN BUILDING,

    Respondents and Appellees.

**O R D E R**

FILED

APR 0 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On February 21, 2023, we issued an opinion in the above-entitled action, affirming the District Court's dismissal of Semenza's case for failure to prosecute. *Semenza v. Larson*, 2023 MT 32N. Semenza has petitioned for rehearing.

M. R. App. P. 20(1)(a) provides that a petition for rehearing will be considered only when the Court "overlooked some fact material to the decision," when "it overlooked some question presented by counsel that would have proven decisive to the case," or when "its decision conflicts with a statute or controlling decision not addressed" by the Court. Having fully considered Semenza's petition, we conclude that rehearing is not warranted under the standards of M. R. App. P. 20(1)(a).

Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing is DENIED.

The Clerk of Court is directed to mail copies of this Order to L. Craig Semenza and all counsel of record.

DATED this 4 day of April, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices